Kabir v Human Resources Admin. (2025 NY Slip Op 51412(U))

[*1]

Kabir v Human Resources Admin.

2025 NY Slip Op 51412(U)

Decided on September 11, 2025

Appellate Term, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be published in the printed Official Reports.

Decided on September 11, 2025
SUPREME COURT, APPELLATE TERM, FIRST DEPARTMENT

PRESENT: Brigantti, J.P., Tisch, James, JJ.

570799/25

Mohd H. Kabir, Plaintiff-Appellant, 
against
Human Resources Administration, Defendant-Respondent.

Plaintiff appeals from a judgment of the Small Claims Part of the Civil Court of the City of New York, New York County (Rena Malik, J.), entered on or about October 16, 2024, after inquest, in favor of defendant dismissing the action.

Per Curiam.
Judgment (Rena Malik, J.), entered on or about October 16, 2024, affirmed, without costs.
Dismissal of this small claims action alleging an improper reduction of plaintiff's public assistance benefits accomplished "substantial justice" between the parties according to the rules and principles of substantive law (CCA 1804, 1807). The sole defendant, the New York City Human Resources Administration (HRA), is a City agency and is thus not a proper party to this action (see NY City Charter § 396; Komatsu v New York City Human Resources Admin., 195 AD3d 417, 417-418 [2021], lv dismissed 37 NY3d 1158 [2022]). In any event, Civil Court lacks jurisdiction to review HRA's determination. The proper form and forum for such a claim is an article 78 proceeding in Supreme Court. 
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: September 11, 2025